EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96850
Telephone: 440-9248
Facsimile: 541-2958
E-Mail: Justin.Clancy@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2003

at __ o'clock and __ min. __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03 00190 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [H.R.S. § 708-810; 18 U.S.C. § 13] |
| BLAINE L. DUPONT, ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about September 11, 2002, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely the Halsey Terrace Naval Housing Area, BLAINE L. DUPONT, defendant herein, did recklessly disregard a risk that a building was the dwelling

place of another, and intentionally entered and remained unlawfully in the dwelling of Marcus D. Hensley, located at 707 Lounsbury Street, Halsey Terrace Naval Housing Area, Pearl Harbor, Hawaii, with intent to commit therein a crime against persons and property rights.

All in violation of Hawaii Revised Statute, Section 708-810, and Title 18, United States Code, Section 13.

### Count 2

The Grand Jury further charges that:

On or about September 20, 2002, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely the Catlin Park Naval Housing Area, BLAINE L. DUPONT, defendant herein, did recklessly disregard a risk that a building was the dwelling place of another, and intentionally entered and remained unlawfully in the dwelling of Marialuz D. Fruth, located at 1954 A Gillespie Circle, Catlin Park Naval Housing Area, Pearl Harbor, Hawaii, with intent to commit therein a crime against persons and property rights.

//
//
//
//
//

All in violation of Hawaii Revised Statute, Section 708-810, and Title 18, United States Code, Section 13.

DATED: _____APR 1 7 2003_____, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
JUSTIN B. CLANCY
Special Assistant U.S. Attorney

UNITED STATES v. BLAINE L. DUPONT
CR. NO.
INDICTMENT

3